## IN THE UNITED STATE DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

LOUIS E. BRICE III,
    Plaintiff,

                           CIVIL DIVISION
                           No. 07-1481

v.

BRISTOL-MYERS SQUIB,

    Defendant.

## ORDER OF COURT

And now, this _____ 20ᵗʰ _____ day of _____ Oct _____, 2008, upon consideration of the DEFENDANT'S MOTION TO COMPEL AND FOR EXTENSION OF TIME TO CONDUCT DISCOVERY AND DEPOSITIONS, the Motion is GRANTED AS FOLLOWS:

1. Plaintiff shall serve complete responses to Defendant's discovery, served on January 22, 2008, within 30 days of the date of this Order, subject to sanctions imposed by this Court, including but not limited to dismissal;

2. Defendant shall have 30 additional days to subpoena medical records from health care providers and pharmacies it deems relevant and which are identified in Plaintiff's responses, subject to waiver in the event such records are not timely subpoenaed;

3. Plaintiff shall complete and return any medical authorization tendered by Defendant within 10 days, subject to sanctions imposed by this Court, including but not limited to dismissal;

4. Defendants shall have 30 additional days to depose Plaintiff and/or his parents or guardians.

5. Defendants shall have 60 additional days to depose Plaintiff's medical care providers.

                                         _____
                                       By the Court