```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

LOUIS E. BRICE, III,            )
        Plaintiff,              )
                                )
        v.                      )   Civil Action No. 07-1481
                                )
BRISTOL-MYERS SQUIB,            )
        Defendant.              )

## ORDER

AND NOW this 20th day of October, 2008, IT IS HEREBY ORDERED that the parties shall proceed as follows:

    1) All discovery in this matter shall be completed by <u>March 19, 2009</u>.

    2) Defendant shall file their summary judgment motion, and brief in support, on or before <u>April 20, 2009.</u>

    3) Plaintiff's response to defendant's motion and brief shall be due on <u>May 20, 2009</u>. THERE SHALL BE NO OTHER BRIEFING UNLESS ORDERED BY THE COURT.

    4) Plaintiff's pretrial narrative statement shall comply with Local Rule 16.1.4.A. and shall be filed by <u>June 9, 2009</u>.

    5) Defendant's pretrial narrative statement shall comply with Local Rule 16.1.4.B. and shall be filed <u>June 29, 2009</u>.

    6) The parties shall file any motions <u>in limine</u>, proposed points for charge and proposed voir dire no later than <u>July 20, 2009</u>.

    7) The nonmoving party's response to any motion <u>in limine</u> shall be due no later than <u>August 3, 2009</u>.

    8) The court will conduct a pretrial conference on <u>Friday, August 28, 2009, at 2 p.m.</u>.

    9) The case shall presumptively be called for jury selection and trial on <u>Tuesday, September 8, 2009 at 9:30 a.m.</u>.

10) All other aspects of the Court's Final Scheduling Order, dated June 18, 2008, shall remain in full force and effect.

11) **THERE WILL BE NO FURTHER EXTENSION GRANTED IN THIS CASE.**

BY THE COURT:

<u>s/Gary L. Lancaster</u>, J.
Hon. Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record