IN THE UNITED STATE DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

LOUIS E. BRICE III.
    Plaintiff,

v.

BRISTOL-MYERS SQUIB,

    Defendant.

CIVIL DIVISION
No. 07-1481

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Louis E. Brice, III, by and through his counsel, files the within Stipulation for Voluntary Dismissal with Prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

_____
James J. Gillespie, Jr., Esq.
Pa.I.D. No. 3526 3
1040 Fifth Avenue, 1st Floor
Pittsburgh, PA 15219
(412) 566-6000
Attorney for Plaintiff

_____
Thomas J. Sweeney, Esq.
Pa. I.D. No. 34615
John H. Williams, Jr.
Pa. I.D. No. 59661
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000

Attorney for Defendant

SO ORDERED, this _____ day of July, 2009.

_____
Gary L. Lancaster, U.S. District Judge